IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO: 2:21-cr-506 |
| ) | |
| v. ) | **ORDER FOR** |
| ) | **BENCH WARRANT** |
| ANTWAN XAVIER GRANT, ) | |
| a/k/a "Twan" | |

The Clerk of Court is hereby directed to issue a warrant for the above-named defendant, ANTWAN XAVIER GRANT, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina
August  11 , 2021

M. RHETT DEHART
ACTING UNITED STATES ATTORNEY

By: _____
John Sowards (#11844)
Assistant United States Attorney
151 Meeting Street
Post Office Box 978
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: John.Sowards@usdoj.gov