IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:21-cr-506 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| -versus- | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 922(g)(1) |
| ANTWAN XAVIER GRANT, | ) | 18 U.S.C. § 924(a)(2) |
|   a/k/a "Twan" | ) | 18 U.S.C. § 924(c)(1)(A) |
| TEVIN JERMAINE FULMORE, | ) | 18 U.S.C. § 924(e) |
|   a/k/a "Goon" | ) | 18 U.S.C. § 924(d)(1) |
| ZYSHONNE TREMONTA DAYON | ) | 21 U.S.C. § 846 |
| GANTT, | ) | 21 U.S.C. § 841(a)(1) |
|   a/k/a "Z Man" | ) | 21 U.S.C. § 841(b)(1)(B) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 841(b)(1)(D) |
| RASHAD MONTEZ HEYWARD- | ) | 21 U.S.C. § 843(b) |
| WILLIAMS, | ) | 21 U.S.C. § 851 |
|   a/k/a "Boola Bucks" | ) | 21 U.S.C. § 853 |
| DE'ANDRE MARQUEL WILLIAMS, | ) | 21 U.S.C. § 881 |
|   a/k/a "Riley," | ) | 21 U.S.C. § 802(58) |
|   a/k/a "Rilo" | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| | ) | INDICTMENT |
| | ) | (UNDER SEAL) |
| ESSENCE TAMIA | ) | |
|  CEMONANCRUM, | ) | |
|   a/k/a "Poopie" | ) | |
| ANTONIO SNIPE, JR., | ) | |
|   a/k/a "Bruiser" | ) | |
| DEMETRIUS SAMIRE COSTEN, | ) | |
|   a/k/a "Meechie" | ) | |
| | ) | |
| | ) | |
| JACKIE BENSON | ) | |
| | ) | |

## COUNT 1

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning in at least September 2016, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, **ANTWAN XAVIER GRANT, a/k/a "Twan," TEVIN JERMAINE FULMORE, a/k/a "Goon," ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man,"**

**RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola Bucks," DE'ANDRE MARQUEL WILLIAMS, a/k/a "Riley," a/k/a "Rilo,"**

and **JACKIE BENSON**, knowingly and intentionally did combine, conspire, agree and have tacit understanding with each other and with others, both known and unknown to the grand jury, to possess with intent to distribute and to distribute cocaine, cocaine base (commonly known as "crack" cocaine), and methamphetamine, each Schedule II controlled substances, and heroin and marijuana, both Schedule I controlled substances;

a. With respect to **ANTWAN XAVIER GRANT, a/k/a "Twan,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a quantity of cocaine base (commonly known as "crack" cocaine), a quantity of

cocaine, and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 841(b)(1)(D);

b. With respect to **TEVIN JERMAINE FULMORE, a/k/a "Goon,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D);

c. With respect to **ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of cocaine, a quantity of heroin, and a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D);

e. With respect to **RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola Bucks,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D);

f. With respect to **DE'ANDRE MARQUEL WILLIAMS, a/k/a "Riley,"** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D);

i. With respect to **JACKIE BENSON**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B);

All in violation of Title 21, United States Code, Section 846.

**COUNT 2**
**(Conspiracy)**

THE GRAND JURY FURTHER CHARGES:

1.      That beginning at a time unknown to the grand jury, but beginning in at least July 2019, and continuing thereafter, up to and including the date of this Indictment, in the District of South Carolina, the Defendants, **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie," ANTONIO SNIPE JR., a/k/a "Bruiser," DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"                        ANTWAN XAVIER GRANT, a/k/a "Twan,"** and others both known and unknown to the Grand Jury, knowingly, willfully, and unlawfully did combine, conspire, confederate, and agree together and with each other to make false statements with regard to the acquisitions of firearms from licensed dealers in violation of Title 18, United States Code, Section 922(a)(6);

2.      In furtherance of the conspiracy and to affect the objects of the conspiracy, the following overt acts, among others, were committed in the District of South Carolina:

   (A)   From in or about July 2019, through April 2021, **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie,"** knowingly made false statements in connection with the acquisition of firearms;

   (B)   From in or about May 2020, through April 2021, **ANTONIO SNIPE, JR., a/k/a "Bruiser,"** knowingly made false statements in connection with the acquisition of firearms; and

(C)     Counts 3-15 are incorporated herein, as if set forth verbatim, as overt acts;

All in violation of Title 18, United States Code, Section 371.

## COUNTS 3 – 15
### (False Statement to FFL)

THE GRAND JURY FURTHER CHARGES:

That on or about the date reflected below, in the District of South Carolina, the Defendant named below, aided and abetted by the Defendant named below, did knowingly make a false statement in connection with the acquisition and attempted acquisition of the firearm listed below from the licensed dealer listed below, which was intended and likely to deceive the said dealer with respect to a fact material to the lawfulness of the sale and disposition of the firearm under the provisions of Chapter 44 of Title 18, United States Code, in that the Defendant named below did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, to the effect that he/she was the true purchaser of the firearm listed below, whereas in truth and in fact, he/she was not the true purchaser;

| COUNT | DATE | DEFENDANT | FIREARM | LICENSED DEALER |
|:---:|---|---|---|---|
| 3 | 7/25/2019 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie"** | HS Produkt (IM Metal), model XD9, Sub-Compact 9mm pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| 4 | 2/9/2020 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie,"** aided and | Glock, model 32Gen4, .357 caliber pistol | Palmetto State Armory, Mount Pleasant, South Carolina |

| COUNT | DATE | DEFENDANT | FIREARM | LICENSED DEALER |
|-------|------|-----------|---------|-----------------|
| | | abetted by **ANTWAN XAVIER GRANT, a/k/a "Twan"** | | |
| **5** | 2/28/2020 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie"** | Glock, model 32Gen4, .357 caliber pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| **6** | 4/18/2020 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie"** aided and abetted by **DEMTRIUS SAMIRE COSTEN, a/k/a "Meechie"** | Glock, model 20Gen4, 10mm pistol | ATP Gun Shop, Ladson, South Carolina |
| **7** | 5/7/2020 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie"** | Glock, model 26Gen5, 9mm pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| **8** | 5/15/2020 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** | Glock, model 29Gen4, 10mm pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| **9** | 7/15/2020 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** aided and abetted by **DEMTRIUS SAMIRE COSTEN, a/k/a "Meechie"** | PA15 .300 Blackout pistol; and Glock, model 17Gen5, 9mm pistol | Palmetto State Armory, Summerville, South Carolina |

| COUNT | DATE | DEFENDANT | FIREARM | LICENSED DEALER |
|-------|------|-----------|---------|-----------------|
| 10 | 7/17/2020 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** | FN, model Herstal Five-seveN, 5.7x28mm pistol | Field & Stream, North Charleston, South |
| 11 | 11/13/2020 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** | FN, model Five-seveN, 5.7x28mm pistol | Palmetto State Armory, Summerville, South Carolina |
| 12 | 11/17/2020 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** | HS Produkt XD9 9mm pistol | Field & Stream, North Charleston, South Carolina |
| 13 | 12/21/2020 | **ESSENCE TAMIA CEMON ANCRUM, a/k/a "Poopie"** aided and abetted by **DEMTRIUS SAMIRE COSTEN, a/k/a "Meechie"** | FN, model Five-seveN, 5.7x28mm pistol | Palmetto State Armory, Mount Pleasant, South Carolina |
| 14 | 2/19/2021 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** | FN Herstal Five-seveN 5.7x28mm caliber pistol | Sportsman's Warehouse, North Charleston, South Carolina |

| COUNT | DATE | DEFENDANT | FIREARM | LICENSED DEALER |
|-------|------|-----------|---------|-----------------|
| **15** | 4/2/2021 | **ANTONIO SNIPE JR. a/k/a "Bruiser"** aided and abetted by **ANTWAN XAVIER GRANT, a/k/a "Twan"** | FN, model Herstal Five-seveN, 5.7x28mm pistol | Palmetto State Armory, Mount Pleasant, South Carolina |

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

## COUNTS 16 – 22

THE GRAND JURY FURTHER CHARGES:

That on or about the dates set forth below, in the District of South Carolina and elsewhere, the Defendants listed below, knowingly and intentionally did use a communication facility, that is, a telephone, to facilitate the commission of a felony under the Controlled Substances Act, to wit: conspiracy to distribute, possession with intent to distribute, and distribution of cocaine and methamphetamine, both Schedule II controlled substances, and heroin and marijuana, both Schedule I controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and did aid and abet each other in the commission of the aforesaid offense;

| COUNT | DATE | DEFENDANTS |
|-------|------|-----------|
| **16** | April 7, 2021 | **TEVIN JERMAINE FULMORE, a/k/a "Goon" and** |

| 17 | March 22, 2021 | **TEVIN JERMAINE FULMORE, a/k/a "Goon"** and **RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola"** |
|----|----------------|--------------------------------------------------|
| 18 | April 15, 2021 | **ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man"** and |
| 19 | April 20, 2021 | **ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man"** and |
| 20 | May 28, 2021 | **TEVIN JERMAINE FULMORE, a/k/a "Goon"** and **ANTWAN XAVIER GRANT, a/k/a "Twan"** |
| 21 | April 19, 2021 | **ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man"** and |
| 22 | May 20, 2021 | **ANTWAN XAVIER GRANT, a/k/a "Twan"** and **JACKIE BENSON** |

All in violation of Title 21, United States Code, Section 843(b).

## COUNT 23
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about February 22, 2020, in the District of South Carolina, the

Defendant, **ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly possessed a firearm

and .357 caliber ammunition, which had been shipped and transported in interstate

commerce, to wit: a Glock, model 32, .357 caliber handgun, having previously been

convicted of a crime punishable by imprisonment for a term exceeding one year, and

knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 24
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about September 21, 2020, in the District of South Carolina, the

Defendant, **DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"** knowingly possessed

a firearm and 9mm ammunition, which had been shipped and transported in interstate

commerce, to wit: a Glock, model 17Gen5, having previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, and knowing that he had been

convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e).

## COUNT 25
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about December 20, 2020, in the District of South Carolina, the Defendant, **DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"** knowingly possessed a firearm and 10mm ammunition, which had been shipped and transported in interstate commerce, to wit: a Glock, model 20Gen4, 10mm handgun, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 26
### (Possession with Intent to Distribute)

THE GRAND JURY FURTHER CHARGES:

That on or about December 21, 2020, in the District of South Carolina, the Defendant, **DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"** knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 27
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about December 21, 2020, in the District of South Carolina, the Defendant, **DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"** knowingly did use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 28
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about December 21, 2020, in the District of South Carolina, the Defendant, **DEMETRIUS SAMIRE COSTEN, a/k/a "Meechie,"** knowingly possessed a firearm and 5.7x28mm ammunition, which had been shipped and transported in interstate commerce, to wit: a Fabrique Nationale Herstal, model Five-seveN, 5.7x28mm handgun, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## COUNT 29
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:




## COUNT 30
### (Possession with Intent to Distribute)

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly, intentionally and unlawfully

did possess with intent to distribute a quantity of a mixture and substance containing a

detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 31
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly did use and carry a firearm

during and in relation to, and did possess a firearm in furtherance of, a drug trafficking

crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 32
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly possessed a firearm and

5.7x28mm ammunition, which had been shipped and transported in interstate commerce,

to wit: a Fabrique Nationale Herstal, model Five-seveN, 5.7x28mm handgun, having

previously been convicted of a crime punishable by imprisonment for a term exceeding

one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e).

## COUNT 33
### (Possession with Intent to Distribute)

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly, intentionally and

unlawfully did possess with intent to distribute a quantity of marijuana, a Schedule I

controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 34
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly did use and carry a firearm

during and in relation to, and did possess a firearm in furtherance of, a drug trafficking

crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 35
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about April 2, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly possessed a firearm and

9mm ammunition, which had been shipped and transported in interstate commerce, to wit:

Smith & Wesson, model M&P Shield, 9mm pistol, having previously been convicted of a

crime punishable by imprisonment for a term exceeding one year, and knowing that he had

been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e).

## COUNT 36
**(Felon in Possession of Ammunition)**

THE GRAND JURY FURTHER CHARGES:

## COUNT 37
### (Possession with Intent to Distribute)

THE GRAND JURY FURTHER CHARGES:

That on or about May 28, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly, intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 38
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about May 28, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly did use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 39
**(Felon in Possession of a Firearm and Ammunition)**

THE GRAND JURY FURTHER CHARGES:

That on or about May 28, 2021, in the District of South Carolina, the Defendant,

**TEVIN JERMAINE FULMORE, a/k/a "Goon,"** knowingly possessed a firearm and

9mm ammunition, which had been shipped and transported in interstate commerce, to wit:

a Smith & Wesson, model M&P Shield, 9mm pistol, having previously been convicted of

a crime punishable by imprisonment for a term exceeding one year, and knowing that he

had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and

924(e).

## COUNT 40
**(Possession with Intent to Distribute)**

THE GRAND JURY FURTHER CHARGES:

That on or about June 9, 2021, in the District of South Carolina, the Defendant,

**RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola,"** knowingly,

intentionally and unlawfully did possess with intent to distribute a quantity of marijuana, a

Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 41
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about June 9, 2021, in the District of South Carolina, the Defendant,

**RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola,"** knowingly did use and

carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug

trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 42
### (Possession with Intent to Distribute)

THE GRAND JURY FURTHER CHARGES:

That on or about June 11, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly, intentionally and unlawfully

did possess with intent to distribute 50 grams or more a quantity of mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 43
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about June 11, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly did use and carry a firearm

during and in relation to, and did possess a firearm in furtherance of, a drug trafficking

crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 44
### (Felon in Possession of a Firearm and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about June 11, 2021, in the District of South Carolina, the Defendant,

**ANTWAN XAVIER GRANT, a/k/a "Twan,"** knowingly possessed a firearm and

5.7x28mm ammunition, which had been shipped and transported in interstate commerce,

to wit: Fabrique Nationale Herstal, model Five-seveN, 5.7x28mm handgun, having

previously been convicted of a crime punishable by imprisonment for a term exceeding

one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

**COUNT 45**
**(Possession with Intent to Distribute)**

THE GRAND JURY FURTHER CHARGES:

That on or about June 11, 2021, in the District of South Carolina, the Defendant,

**ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man,"** knowingly,

intentionally and unlawfully did possess with intent to distribute a quantity of cocaine, a

Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT 46**
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

THE GRAND JURY FURTHER CHARGES:

That on or about June 11, 2021, in the District of South Carolina, the Defendant,

**ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man,"** knowingly did use and

carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug

trafficking crime which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

FIREARM/DRUG-TRAFFICKING OFFENSES:

Upon conviction for a felony violation of Title 18 and Title 21, United States Code as charged in this Indictment, the Defendants, **ANTWAN XAVIER GRANT, a/k/a "Twan,; TEVIN JERMAINE FULMORE, a/k/a "Goon," ZYSHONNE TREMONTA DAYON GANTT, a/k/a "Z Man,"**

**RASHAD MONTEZ HEYWARD-WILLIAMS, a/k/a "Boola Bucks," DE'ANDRE MARQUEL WILLIAMS, a/k/a "Riley," a/k/a "Rilo",**

**ESSENCE TAMIA**

**CEMON ANCRUM, a/k/a "Poopie," ANTONIO SNIPE, JR. a/k/a "Bruiser," DEMETRIUS SAMIRE COSTEN a/k/a "Meechie,"**

**and JACKIE BENSON**, shall forfeit to the United States all of the Defendants' rights, title and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

(c) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

   (2)  involved in or used in any knowing violation of 18 U.S.C. §§ 922 and 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

   Pursuant to Title 18, United States Code, 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

   A. Firearms:

    (1)

    (2)  Glock, model 17Gen5, 9mm pistol
       Serial Number:  BNMF604
       Seized from: Demetrius Costen

    (3)  Glock, model 20Gen4, 10mm pistol
       Serial Number: BLAH276
       Seized from: Demetrius Costen

    (4)  F.N., model Five-seveN, 5.7x28mm pistol
       Serial Number: 386389886
       Seized from: Demetrius Costen

    (5)  Glock, model 32Gen4, .357 caliber pistol
       Serial Number: BMDA635
       Seized from:  Antwan Grant

    (6)  F.N., Five-seveN, 5.7x28mm pistol
       Serial Number: 386377507
       Seized from: Antwan Grant

(7)     Smith &Wesson, Model M&P Shield, 9mm pistol
        Serial Number: JEX2565
        Seized from: Tevin Fulmore

(8)     F.N., Five-seveN, 5.7x28mm pistol
        Serial Number: 386402591
        Seized from: Antwan Grant

(9)     Diamondback 5.56mm pistol
        Serial Number: DB1598543
        Seized from: Antwan Grant

(10)    Smith &Wesson, model M&P Shield, 9mm pistol
        Serial Number: HDT5484
        Seized from: Tevin Fulmore

(11)    Beretta, model AXP,  pistol
        Serial Number: A116270X
        Seized from: Rashad Heyward-Williams

(12)    Ruger, model LCPII, .380 caliber pistol
        Serial Number: 380618288
        Seized from: Antwan Grant

(13)    F.N. 9mm pistol
        Serial Number: GSK0172075
        Seized from: Zyshonne Gantt

(14)    Draco 7.62x39mm pistol
        Serial Number: P7-007251
        Seized from: Zyshonne Gantt

(15)    Glock, model 19Gen5,  pistol
        Serial Number: BNFY467
        Seized from: Zyshonne Gantt

(16)    American Tactical Omni AR 5.56mm
        Serial Number: WS289772
        Seized from: Zyshonne Gantt

2:21-cr-00506-SRC Date Filed 09/02/11 Entry Number 53 Page 27 of 28 Page 27 of 28

B.    <u>Ammunition:</u>

    (1)

    (2)    Miscellaneous rounds of 9mm ammunition
           Seized from: Demetrius Costen

    (3)    Miscellaneous rounds of 10mm ammunition
           Seized from: Demetrius Costen

    (4)    Miscellaneous rounds of F.N. 5.7x28mm ammunition
           Seized from: Demetrius Costen

    (5)    Miscellaneous rounds of .357 caliber ammunition
           Seized from: Antwan Grant

C.    <u>Proceeds/Forfeiture Judgment:</u>

A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result for their violation of Title 21.

D.    <u>Cash/United States Currency:</u>

$7,199.00 in United States currency
Seized from:               Antwan Grant

<u>SUBSTITUTION OF ASSETS:</u>

If any of the property described above as being subject to forfeiture, as a result of

any act or omission of the Defendants:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A _____True_____ BILL

FOREPERSON

M. RHETT DEHART (jws)
ACTING UNITED STATES ATTORNEY